UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **TERESA COPELAND, Wrongful Death Beneficiary of DWAYNE COPELAND** | **PLAINTIFF** |
| V. | CIVIL ACTION 3:15CV595 HTW-LRA |
| **BRANDON HMA, LLC, d/b/a MERIT HEALTH RANKIN f/k/a CROSSGATES RIVER OAKS HOSPITAL** | **DEFENDANT** |

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court, which being informed that counsel for Plaintiff and counsel for Defendant have agreed that the above styled and numbered action should be dismissed, and the Court finding that such dismissal would be in order;

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action be dismissed with prejudice.

SO ORDERED, this the  29th   day of    November    , 2016.

                                                                                      s/ HENRY T. WINGATE
                                                                                    UNITED STATES DISTRICT JUDGE

*s/ James M. Priest, Jr.*
JAMES M. PRIEST, JR. (MSB NO. 99352)
*Counsel for Plaintiff*

s/ *Mark P. Caraway*
MARK P. CARAWAY (MSB NO. 5860)
*Counsel for Defendant*

SUBMITTED BY:
MARK P. CARAWAY (MSB NO. 5860)
WISE CARTER CHILD & CARAWAY, P.A.
401 East Capitol Street, Suite 600 (39201)
Post Office Box 651
Jackson, Mississippi 39205-0651
Telephone: 601-968-5500
Facsimile:   601-968-5519
mpc@wisecarter.com